<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| RACHEL CLARK,           ) | |
|                         ) | Civil Action |
|         Plaintiff       ) | No. 11-cv-01358 |
|                         ) | |
|     vs.                 ) | |
|                         ) | |
| AMIRAH WINDLEBLECK,     ) | |
|                         ) | |
|         Defendant       ) | |

<u>O R D E R</u>

NOW, this 28th day of March, 2012, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, which motion was filed May 3, 2011; upon consideration of Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint, which response was filed May 18, 2011; and for the reasons set forth in the accompanying Opinion,

<u>IT IS ORDERED</u> that defendant's motion to dismiss is denied.

<u>IT IS FURTHER ORDERED</u> that defendant shall have until April 20, 2012 to answer plaintiff's Amended Complaint.

BY THE COURT:

 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge