<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

RACHEL CLARK,                        )
                                     ) Civil Action
          Plaintiff                  ) No. 11-cv-01358
                                     )
     vs.                             )
                                     )
AMIRAH WINDLEBLECK,                  )
                                     )
          Defendant                  )

O R D E R

NOW, this 28th day of March, 2012, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, which motion was filed May 3, 2011; upon consideration of Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint, which response was filed May 18, 2011; and for the reasons set forth in the accompanying Opinion,

<u>IT IS ORDERED</u> that defendant's motion to dismiss is denied.

<u>IT IS FURTHER ORDERED</u> that defendant shall have until April 20, 2012 to answer plaintiff's Amended Complaint.

BY THE COURT:

 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge